| | | |
|---|---|---|
| Michael K. Desmond | The Honorable: | CAROL A. DOYLE |
| Figliulo & Silverman | Chapter  7 | |
| 10 South La Salle St. 3600 | Location: | Courtroom 742 |
| Chicago, IL  60603 | Hearing Date: | / / |
| (312) 251-5287 | Hearing Time: | |
| Chapter 7 Trustee | Response Date: | / / |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: LINDSTROM, BRIAN ANDREW    § Case No. 12-15874
§
§
§
Debtor(s)    §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on April 19, 2012. The undersigned trustee was appointed on April 19, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of       $       52,807.08

   Funds were disbursed in the following amounts:
   | | |
   |---|---|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 9,553.83 |
   | Bank service fees | 288.12 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]   $ | 42,965.13 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 05/28/2013 and the deadline for filing governmental claims was 10/16/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $5,890.35. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $5,890.35, for a total compensation of $5,890.35.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/06/2014          By:/s/Michael K. Desmond
                          Trustee, Bar No.:

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 12-15874  
Case Name: LINDSTROM, BRIAN ANDREW  
Period Ending: 10/06/14

Trustee: (330623) Michael K. Desmond  
Filed (f) or Converted (c): 04/19/12 (f)  
§341(a) Meeting Date: 06/25/12  
Claims Bar Date: 05/28/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 3426 N. Damen, Chicago, Illinois 60618<br>Imported from Amended Doc#: 50 | 725,000.00 | 0.00 | OA | 0.00 | FA |
| 2 | 3428 N. Damen, Chicago, Illinois<br>Imported from Amended Doc#: 50 | 375,000.00 | 0.00 | OA | 0.00 | FA |
| 3 | 1909 W. Barry, Chicago, Illinois 60657<br>Imported from Amended Doc#: 50 | 440,000.00 | 0.00 | OA | 0.00 | FA |
| 4 | 2320 W. Moffat, Chicago, Illinois 60647<br>Imported from Amended Doc#: 50 | 475,000.00 | 0.00 | OA | 0.00 | FA |
| 5 | 17 N. Loomis, Unit 4F, Chicago, Illinois 60607<br>Imported from Amended Doc#: 50 | 340,000.00 | 0.00 | OA | 0.00 | FA |
| 6 | 1503 W. Ardmore, Unit 1 W, Chicago, Illinois 606<br>Imported from Amended Doc#: 50 | 290,000.00 | 0.00 | OA | 0.00 | FA |
| 7 | Land Trust - 100% - 2142-2144 West Roscoe;, Chic<br>Imported from Amended Doc#: 50 | 1,000,000.00 | 0.00 | OA | 0.00 | FA |
| 8 | Cash<br>Imported from Amended Doc#: 50 | 500.00 | 500.00 | OA | 0.00 | FA |
| 9 | Chase (0994)<br>Imported from Amended Doc#: 50 | 12,860.51 | 8,985.51 | OA | 0.00 | FA |
| 10 | Chase (3551)<br>Imported from Amended Doc#: 50 | 4,181.88 | 4,181.88 | | 4,181.88 | FA |
| 11 | Chase (6991) - Joint Tenant Account w. Margaret<br>Imported from Amended Doc#: 50 | 8,327.09 | 8,202.09 | OA | 0.00 | FA |
| 12 | Ameriprise Investment Account<br>Imported from Amended Doc#: 50 | 2,000.00 | 2,000.00 | OA | 0.00 | FA |
| 13 | Chase (2780) - Joint Tenant Account w. Margaret<br>Imported from Amended Doc#: 50 | 81.16 | 81.16 | OA | 0.00 | FA |
| 14 | Chase (9125)<br>Imported from Amended Doc#: 50 | 50.22 | 50.22 | OA | 0.00 | FA |
| 15 | Chase (9133)<br>Imported from Amended Doc#: 50 | 50.23 | 50.23 | OA | 0.00 | FA |
| 16 | PayPal<br>Imported from Amended Doc#: 50 | 2,860.60 | 2,860.60 | OA | 0.00 | FA |

Printed: 10/06/2014 01:26 PM V.13.18

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 12-15874  
Case Name: LINDSTROM, BRIAN ANDREW  

Period Ending: 10/06/14

Trustee: (330623) Michael K. Desmond  
Filed (f) or Converted (c): 04/19/12 (f)  
§341(a) Meeting Date: 06/25/12  
Claims Bar Date: 05/28/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 17 | People's Energy<br>Imported from Amended Doc#: 50 | Unknown | 0.00 | OA | 0.00 | FA |
| 18 | Bicycle<br>Imported from original petition Doc# 13 | 40.00 | 40.00 | OA | 0.00 | FA |
| 19 | Misc. Picture Frames<br>Imported from original petition Doc# 13 | 150.00 | 150.00 | OA | 0.00 | FA |
| 20 | Rental Furniture<br>Imported from Amended Doc#: 50 | 5,000.00 | 5,000.00 | OA | 0.00 | FA |
| 21 | Basement Desk<br>Imported from Amended Doc#: 50 | 40.00 | 40.00 | OA | 0.00 | FA |
| 22 | Bar<br>Imported from Amended Doc#: 50 | 280.00 | 280.00 | OA | 0.00 | FA |
| 23 | 3 Stools ($10 Each)<br>Imported from Amended Doc#: 50 | 30.00 | 30.00 | OA | 0.00 | FA |
| 24 | Kitchen Table<br>Imported from Amended Doc#: 50 | 25.00 | 25.00 | OA | 0.00 | FA |
| 25 | Massage Chair<br>Imported from Amended Doc#: 50 | 250.00 | 250.00 | OA | 0.00 | FA |
| 26 | Exercise Bike<br>Imported from Amended Doc#: 50 | 40.00 | 40.00 | OA | 0.00 | FA |
| 27 | Steel Storage Shelves<br>Imported from Amended Doc#: 50 | 25.00 | 25.00 | OA | 0.00 | FA |
| 28 | Couch, Ottoman and Cushions<br>Imported from Amended Doc#: 50 | 300.00 | 300.00 | OA | 0.00 | FA |
| 29 | Coffee Table<br>Imported from Amended Doc#: 50 | 50.00 | 50.00 | OA | 0.00 | FA |
| 30 | TV-LR<br>Imported from Amended Doc#: 50 | 150.00 | 150.00 | OA | 0.00 | FA |
| 31 | Receiver/Stereo<br>Imported from Amended Doc#: 50 | 100.00 | 100.00 | OA | 0.00 | FA |
| 32 | TV Stand<br>Imported from Amended Doc#: 50 | 25.00 | 25.00 | OA | 0.00 | FA |

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 12-15874
**Case Name:** LINDSTROM, BRIAN ANDREW
**Period Ending:** 10/06/14

**Trustee:** (330623) Michael K. Desmond
**Filed (f) or Converted (c):** 04/19/12 (f)
**§341(a) Meeting Date:** 06/25/12
**Claims Bar Date:** 05/28/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 33 | TV (Basement)<br>Imported from Amended Doc#: 50 | 75.00 | 75.00 | OA | 0.00 | FA |
| 34 | Rug<br>Imported from Amended Doc#: 50 | 50.00 | 50.00 | OA | 0.00 | FA |
| 35 | 3 Stools ($20 Each)<br>Imported from Amended Doc#: 50 | 60.00 | 60.00 | OA | 0.00 | FA |
| 36 | 2 Stools ($30 Each)<br>Imported from Amended Doc#: 50 | 60.00 | 60.00 | OA | 0.00 | FA |
| 37 | Pots and Pans<br>Imported from Amended Doc#: 50 | 150.00 | 150.00 | OA | 0.00 | FA |
| 38 | Glassware<br>Imported from Amended Doc#: 50 | 40.00 | 40.00 | OA | 0.00 | FA |
| 39 | Cutlery and Utensils<br>Imported from Amended Doc#: 50 | 100.00 | 100.00 | OA | 0.00 | FA |
| 40 | Dishes<br>Imported from Amended Doc#: 50 | 50.00 | 50.00 | OA | 0.00 | FA |
| 41 | Platform Bed & Mattress<br>Imported from Amended Doc#: 50 | 150.00 | 150.00 | OA | 0.00 | FA |
| 42 | Chairs & End Table<br>Imported from Amended Doc#: 50 | 50.00 | 50.00 | OA | 0.00 | FA |
| 43 | Desk<br>Imported from Amended Doc#: 50 | 180.00 | 180.00 | OA | 0.00 | FA |
| 44 | Small File Drawer<br>Imported from Amended Doc#: 50 | 40.00 | 40.00 | OA | 0.00 | FA |
| 45 | Large File Cabinet<br>Imported from Amended Doc#: 50 | 80.00 | 80.00 | OA | 0.00 | FA |
| 46 | Tool Chest<br>Imported from Amended Doc#: 50 | 225.00 | 225.00 | OA | 0.00 | FA |
| 47 | Hand Tools<br>Imported from Amended Doc#: 50 | 50.00 | 50.00 | OA | 0.00 | FA |
| 48 | Power Tools<br>Imported from Amended Doc#: 50 | 150.00 | 150.00 | OA | 0.00 | FA |

Exhibit A

# Form 1

Page: 4

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 12-15874  
Case Name: LINDSTROM, BRIAN ANDREW  
Period Ending: 10/06/14

Trustee: (330623) Michael K. Desmond  
Filed (f) or Converted (c): 04/19/12 (f)  
§341(a) Meeting Date: 06/25/12  
Claims Bar Date: 05/28/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 49 | Misc. Garage Furniture<br>Imported from Amended Doc#: 50 | 150.00 | 150.00 | OA | 0.00 | FA |
| 50 | Outdoor Bar & 4 Stools<br>Imported from Amended Doc#: 50 | 75.00 | 75.00 | OA | 0.00 | FA |
| 51 | Metal Outdoor Furniture (End Table & 2 Chairs)<br>Imported from Amended Doc#: 50 | 35.00 | 35.00 | OA | 0.00 | FA |
| 52 | Wood Outdoor Furniture (End Table & 2 Chairs)<br>Imported from Amended Doc#: 50 | 10.00 | 10.00 | OA | 0.00 | FA |
| 53 | Portable Hot Tub (Broken)<br>Imported from Amended Doc#: 50 | 700.00 | 700.00 | OA | 0.00 | FA |
| 54 | Wood Bench<br>Imported from Amended Doc#: 50 | 15.00 | 15.00 | OA | 0.00 | FA |
| 55 | Fire Pit<br>Imported from Amended Doc#: 50 | 15.00 | 15.00 | OA | 0.00 | FA |
| 56 | Platform Bed & Mattress<br>Imported from Amended Doc#: 50 | 100.00 | 100.00 | OA | 0.00 | FA |
| 57 | Pullout Love Seat<br>Imported from Amended Doc#: 50 | 75.00 | 75.00 | OA | 0.00 | FA |
| 58 | Coffee Table<br>Imported from Amended Doc#: 50 | 100.00 | 100.00 | OA | 0.00 | FA |
| 59 | Queen Mattress & Frame<br>Imported from Amended Doc#: 50 | 100.00 | 100.00 | OA | 0.00 | FA |
| 60 | Bedding & Pillows<br>Imported from Amended Doc#: 50 | 100.00 | 100.00 | OA | 0.00 | FA |
| 61 | King Bed Set (w. Frame & 2 Night Stands) and TV<br>Imported from Amended Doc#: 50 | 700.00 | 700.00 | OA | 0.00 | FA |
| 62 | Medium Mirror<br>Imported from Amended Doc#: 50 | 25.00 | 25.00 | OA | 0.00 | FA |
| 63 | Large Mirror<br>Imported from Amended Doc#: 50 | 250.00 | 250.00 | OA | 0.00 | FA |
| 64 | BBQ Pit<br>Imported from Amended Doc#: 50 | 75.00 | 75.00 | OA | 0.00 | FA |

Exhibit A

Page: 5

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 12-15874  
Case Name: LINDSTROM, BRIAN ANDREW  
Period Ending: 10/06/14

Trustee: (330623) Michael K. Desmond  
Filed (f) or Converted (c): 04/19/12 (f)  
§341(a) Meeting Date: 06/25/12  
Claims Bar Date: 05/28/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 65 | Old Stove and Refrigerator (Stored in Garage/Bac<br>Imported from Amended Doc#: 50 | 100.00 | 100.00 | OA | 0.00 | FA |
| 66 | CD Collection<br>Imported from original petition Doc# 13 | 100.00 | 100.00 | OA | 0.00 | FA |
| 67 | CD Collection, misc. books, pictures and picture<br>Imported from Amended Doc#: 50 | 250.00 | 250.00 | OA | 0.00 | FA |
| 68 | Clothes<br>Imported from Amended Doc#: 50 | 500.00 | 0.00 | OA | 0.00 | FA |
| 69 | 2 Augustana college football rings, wedding ring<br>Imported from Amended Doc#: 50 | 500.00 | 500.00 | OA | 0.00 | FA |
| 70 | Digital camera, bicycle, golf clubs, guitar, tam<br>Imported from Amended Doc#: 50 | 200.00 | 200.00 | OA | 0.00 | FA |
| 71 | Northwestern Mutual Policy<br>Imported from original petition Doc# 13 | 63,186.00 | 0.00 | | 0.00 | FA |
| 72 | Northwestern Mutual Policy - death benefit $186,<br>Imported from Amended Doc#: 50 | 6,688.90 | 6,688.90 | | 8,923.53 | FA |
| 73 | Ameriprise IRA<br>Imported from Amended Doc#: 50 | 2,000.00 | 0.00 | | 0.00 | FA |
| 74 | GHL Development, LLC - 24% Membership Interest (<br>Imported from Amended Doc#: 50 | Unknown | 0.00 | | 0.00 | FA |
| 75 | 2318 West Moffat, LLC - 50% Interest<br>Imported from Amended Doc#: 50 | Unknown | 0.00 | | 0.00 | FA |
| 76 | Chicago United Properties, LLC - 50% Membership<br>Imported from Amended Doc#: 50 | 0.00 | 0.00 | | 0.00 | FA |
| 77 | 2641 North Ashland, LLC - 33% Membership Interes<br>Imported from Amended Doc#: 50 | 0.00 | 0.00 | | 0.00 | FA |
| 78 | 2320 W. Armitage - 33% Joint Venture Interest<br>Imported from Amended Doc#: 50 | Unknown | 0.00 | | 0.00 | FA |
| 79 | Carlo Palladinetti (Currently in Bankruptcy)<br>Imported from Amended Doc#: 50 | 100,000.00 | 100,000.00 | | 0.00 | FA |
| 80 | Steve Pillarella<br>Imported from Amended Doc#: 50 | 76,000.00 | 76,000.00 | | 0.00 | FA |

Printed: 10/06/2014 01:26 PM    V.13.18

Exhibit A

Page: 6

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 12-15874  
Case Name: LINDSTROM, BRIAN ANDREW  
Period Ending: 10/06/14

Trustee: (330623) Michael K. Desmond  
Filed (f) or Converted (c): 04/19/12 (f)  
§341(a) Meeting Date: 06/25/12  
Claims Bar Date: 05/28/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 81 | John Deangelis (See SOFA #4 RE Pending ARDC Clai<br>Imported from Amended Doc#: 50 | 10,000.00 | 10,000.00 | | 2,000.00 | FA |
| 82 | Illinois Secretary of State "Cash Dash" Claim.<br>Imported from Amended Doc#: 50 | Unknown | 0.00 | | 0.00 | FA |
| 83 | 2010 Federal Income Tax Refund<br>Imported from Amended Doc#: 50 | 400.00 | 400.00 | | 2,827.00 | FA |
| 84 | 2010 Illinois Tax Refund (An additional $196.42<br>Imported from Amended Doc#: 50 | 1,149.58 | 1,149.58 | | 0.00 | FA |
| 85 | 2011 Federal Tax Refund<br>Imported from Amended Doc#: 50 | Unknown | 0.00 | | 0.00 | FA |
| 86 | 2011 Illinois Tax Refund<br>Imported from Amended Doc#: 50 | Unknown | 0.00 | | 0.00 | FA |
| 87 | 3426 N. Damen Avenue - Overpayment of Property T<br>Imported from Amended Doc#: 50 | Unknown | 0.00 | | 4,199.78 | FA |
| 88 | Potential Counter and/or Third Party Claims rega<br>Imported from Amended Doc#: 50 | Unknown | 0.00 | | 0.00 | FA |
| 89 | Cause of Action - Lindstrom v. Sweet Thang, Inc.<br>Imported from Amended Doc#: 50 | Unknown | 0.00 | | 25,000.00 | FA |
| 90 | Potential claim against Juan Gonzalez relating t<br>Imported from Amended Doc#: 50 | Unknown | 0.00 | | 0.00 | FA |
| 91 | Potential claim against Ed Bauernfreund relating<br>Imported from Amended Doc#: 50 | 0.00 | 0.00 | | 0.00 | FA |
| 92 | Kawasaki ZL1000 Motorcycle - 1987<br>Imported from Amended Doc#: 50 | 1,000.00 | 0.00 | | 0.00 | FA |
| 93 | 2006 Ford Explorer<br>Imported from Amended Doc#: 50 | 7,000.00 | 1,000.00 | | 0.00 | FA |
| 94 | 6 year old Office Equipment & Furniture From Chi<br>Imported from Amended Doc#: 50 | 800.00 | 800.00 | | 0.00 | FA |
| 95 | 4 computers monitors, 6 computer consoles, 2 cop<br>Imported from Amended Doc#: 50 | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 96 | 36% Owner of Cubs Nights & Weekends Package for | 2,575.00 | 2,575.00 | | 0.00 | FA |

Printed: 10/06/2014 01:26 PM  V.13.18

Exhibit A

# Form 1

Page: 7

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-15874  
**Case Name:** LINDSTROM, BRIAN ANDREW  

**Period Ending:** 10/06/14

**Trustee:** (330623)  Michael K. Desmond  
**Filed (f) or Converted (c):** 04/19/12 (f)  
**§341(a) Meeting Date:** 06/25/12  
**Claims Bar Date:** 05/28/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Imported from Amended Doc#: 50 |  |  |  |  |  |
| 97 | Overpayment Refund on 2006 Ford Explorer (u) | 0.00 | 5,674.89 |  | 5,674.89 | FA |
| 97 | Assets   Totals (Excluding unknown values) | $3,959,901.17 | $243,890.06 |  | $52,807.08 | $0.00 |

**Major Activities Affecting Case Closing:**

TFR Pending

**Initial Projected Date Of Final Report (TFR):**   June 30, 2014        **Current Projected Date Of Final Report (TFR):**   September 30, 2014

Printed: 10/06/2014 01:26 PM   V.13.18

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 12-15874 | | Trustee: | Michael K. Desmond (330623) |
|---|---|---|---|---|
| Case Name: | LINDSTROM, BRIAN ANDREW | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | \*\*\*\*-\*\*\*\*\*\*79-66 - Checking Account |
| Taxpayer ID #: | \*\*-\*\*\*8479 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 10/06/14 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

{} Asset reference(s)

Printed: 10/06/2014 01:26 PM    V.13.18

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 12-15874 | | Trustee: | Michael K. Desmond (330623) |
|---|---|---|---|---|
| Case Name: | LINDSTROM, BRIAN ANDREW | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******9266 - Checking Account |
| Taxpayer ID #: | **-***8479 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 10/06/14 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/07/13 | {89} | Johannes Kraus/David Crowford | Settlement Proceeds re: David Crawford. | 1149-000 | 25,000.00 | | 25,000.00 |
| 01/14/13 | 10101 | Goodman Law Offices LLC | Legal Fees and Expenses | 3210-600 | | 9,553.83 | 15,446.17 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.23 | 15,425.94 |
| 02/25/13 | | Brian A. Lindstrom | Turnover from Debtor | | 22,132.19 | | 37,558.13 |
| | {72} | | | 8,923.53 | 1229-000 | | 37,558.13 |
| | {10} | | | 4,181.88 | 1129-000 | | 37,558.13 |
| | {87} | | | 4,199.78 | 1129-000 | | 37,558.13 |
| | {83} | | | 2,827.00 | 1124-000 | | 37,558.13 |
| | {81} | | | 2,000.00 | 1129-000 | | 37,558.13 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.83 | 37,535.30 |
| 03/08/13 | {97} | Ford Motor Credit | Refund of over payment. | 1229-000 | 5,674.89 | | 43,210.19 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.08 | 43,153.11 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 66.20 | 43,086.91 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 64.03 | 43,022.88 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.75 | 42,965.13 |
| | | | ACCOUNT TOTALS | | 52,807.08 | 9,841.95 | $42,965.13 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 52,807.08 | 9,841.95 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $52,807.08 | $9,841.95 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # ****-******79-66 | 0.00 | 0.00 | 0.00 |
| Checking # ******9266 | 52,807.08 | 9,841.95 | 42,965.13 |
| | $52,807.08 | $9,841.95 | $42,965.13 |

{} Asset reference(s)                                      Printed: 10/06/2014 01:26 PM    V.13.18

Printed: 10/06/14 01:14 PM                           **Claims Distribution Register**                                Page: 1

### Case: 12-15874   LINDSTROM, BRIAN ANDREW

| Claim # | Date | Pri | Claimant / Proof / &lt;Category&gt; / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 04/19/12 | 200 | Michael K. Desmond<br>10 South La Salle St. 3600<br>Chicago, IL 60603<br>&lt;2100-00  Trustee Compensation&gt; | 5,890.35 | 5,890.35 | 0.00 | 5,890.35 | 5,890.35 |
| | 04/19/12 | 200 | Figliulo & Silverman, P.C.<br>10 South LaSalle Street, Suite 3600<br>Chicago, IL 60603<br>&lt;3110-00  Attorney for Trustee Fees (Trustee Firm)&gt; | 11,762.50 | 11,762.50 | 0.00 | 11,762.50 | 11,762.50 |
| | 04/19/12 | 200 | Figliulo & Silverman, P.C.<br>10 S. LaSalle Street<br>Suite 3600<br>Chicago, IL 60603<br>&lt;3120-00  Attorney for Trustee Expenses (Trustee Firm)&gt; | 5.99 | 5.99 | 0.00 | 5.99 | 5.99 |
| | | | **Total for Priority 200:  100% Paid** | $17,658.84 | $17,658.84 | $0.00 | $17,658.84 | $17,658.84 |
| | | | **Total for Admin Ch. 7 Claims:** | $17,658.84 | $17,658.84 | $0.00 | $17,658.84 | $17,658.84 |
| **Unsecured Claims:** | | | | | | | | |
| 1 | 05/04/12 | 610 | Goodman Law Offices LLC<br>Adam Goodman<br>105 West Madison Street #1500<br>Chicago, IL 60602<br>&lt;7100-00  General Unsecured § 726(a)(2)&gt; | 20,612.89 | 20,612.89 | 0.00 | 20,612.89 | 20,184.69 |
| 2 | 05/03/13 | 610 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br>&lt;7100-00  General Unsecured § 726(a)(2)&gt; | 5,230.25 | 5,230.25 | 0.00 | 5,230.25 | 5,121.60 |
| | | | **Total for Priority 610:  97.92266% Paid** | $25,843.14 | $25,843.14 | $0.00 | $25,843.14 | $25,306.29 |
| | | | **Total for Unsecured Claims:** | $25,843.14 | $25,843.14 | $0.00 | $25,843.14 | $25,306.29 |
| | | | **Total for Case :** | $43,501.98 | $43,501.98 | $0.00 | $43,501.98 | $42,965.13 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-15874
Case Name: LINDSTROM, BRIAN ANDREW
Trustee Name: Michael K. Desmond

**Balance on hand:** $ 42,965.13

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 42,965.13

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Michael K. Desmond | 5,890.35 | 0.00 | 5,890.35 |
| Attorney for Trustee, Fees - Figliulo & Silverman, P.C. | 11,762.50 | 0.00 | 11,762.50 |
| Attorney for Trustee, Expenses - Figliulo & Silverman, P.C. | 5.99 | 0.00 | 5.99 |

Total to be paid for chapter 7 administration expenses: $ 17,658.84
Remaining balance: $ 25,306.29

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 25,306.29

UST Form 101-7-TFR (05/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 25,306.29

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 25,843.14 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 97.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Goodman Law Offices LLC | 20,612.89 | 0.00 | 20,184.69 |
| 2 | American Express Bank, FSB | 5,230.25 | 0.00 | 5,121.60 |

Total to be paid for timely general unsecured claims: $ 25,306.29
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-TFR (05/1/2011)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None ||||| 

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-TFR (05/1/2011)