| | | |
|---|---|---|
| Michael K. Desmond | The Honorable: | CAROL A. DOYLE |
| Figliulo & Silverman | Chapter   7 | |
| 10 South La Salle St. 3600 | Location: | Courtroom 742 |
| Chicago, IL  60603 | Hearing Date: | 11/05/2014 |
| (312) 251-5287 | Hearing Time: | 10:30AM |
| Chapter 7 Trustee Michael K. Desmond | Response Date: | 10/28/2014 |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: LINDSTROM, BRIAN ANDREW | § | Case No. 12-15874 |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>Michael K. Desmond</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:30AM on 11/05/2014 in Courtroom 742, United States Courthouse, 219 S. Dearborn
Chicago, Il  60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

 10/06/2014            By:  /s/ Michael K. Desmond
                                                                       Trustee

Michael K. Desmond
10 South La Salle St. 3600
Chicago, IL  60603
(312) 251-5287
mkd.trustee@fslegal.com

**UST Form 101-7-NFR (10/1/2010)**

| | | |
|---|---|---|
| Michael K. Desmond | The Honorable: | CAROL A. DOYLE |
| Figliulo & Silverman | Chapter   7 | |
| 10 South La Salle St. 3600 | Location: | Courtroom 742 |
| Chicago, IL  60603 | Hearing Date: | 11/05/2014 |
| (312) 251-5287 | Hearing Time: | 10:30AM |
| Chapter 7 Trustee Michael K. Desmond | Response Date: | 10/28/2014 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: LINDSTROM, BRIAN ANDREW § Case No. 12-15874
§
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $       52,807.08 |
| *and approved disbursements of* | $        9,841.95 |
| *leaving a balance on hand of*  [1] | $       42,965.13 |
| **Balance on hand:** | **$       42,965.13** |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | None | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $            0.00 |
| Remaining balance: | $       42,965.13 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Michael K. Desmond | 5,890.35 | 0.00 | 5,890.35 |
| Attorney for Trustee, Fees - Figliulo & Silverman, P.C. | 11,762.50 | 0.00 | 11,762.50 |
| Attorney for Trustee, Expenses - Figliulo & Silverman, P.C. | 5.99 | 0.00 | 5.99 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $       17,658.84 |
| Remaining balance: | $       25,306.29 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $           0.00
Remaining balance:  $      25,306.29

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:  $           0.00
Remaining balance:  $      25,306.29

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 25,843.14 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 97.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Goodman Law Offices LLC | 20,612.89 | 0.00 | 20,184.69 |
| 2 | American Express Bank, FSB | 5,230.25 | 0.00 | 5,121.60 |

Total to be paid for timely general unsecured claims:  $      25,306.29
Remaining balance:  $           0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/Michael K. Desmond
Trustee

Michael K. Desmond
10 South La Salle St. 3600
Chicago, IL  60603
(312) 251-5287
mkd.trustee@fslegal.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 12-15874-CAD
Brian Andrew Lindstrom Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: driddick      Page 1 of 2      Date Rcvd: Oct 09, 2014
                     Form ID: pdf006    Total Noticed: 59

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2014.

```
db             +Brian Andrew Lindstrom,    3426 North Damen Avenue,    Chicago, IL 60618-6106
18794881       +Amcore,    P.O. Box 1537,    Rockford, IL 61110-0037
18794882        American Express,    Box 0001,    Los Angeles, CA 90096-8000
20438215        American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18794883       +Anderson & Moore PC,    111 W Washington St Ste 1100,    Chicago, IL 60602-2705
18794884       +Bayview Bank,    4425 Ponce de Leon Blvd., 4th Floor,    Miami, FL 33146-1873
18794885       +Carlo Palladinetti,    4024 W. Montrose Ave.,    Chicago, IL 60641-2140
18794887        Chase,    P.O. Box 469030,    Denver, CO 80246-9030
18794886        Chase,    P.O. Box 9001123,    Louisville, KY 40290-1123
18794888        Citibank, NA,    P.O. Box 790110,    Saint Louis, MO 63179-0110
18794889        Citimortgage,    P.O. Box 688948,    Des Moines, IA 50368-8948
18794890       +Cohen, Cohen & Salk,    630 Dundee Rd; #120,    Northbrook, IL 60062-2749
18794892      #+Donald Moseley,    5431 Lake Victoria Court,    Flower Mound, TX 75022-8153
18794893      #+Ed Bauernfreund,    3452 N. Damen Ave.,    Chicago, IL 60618-6106
18794894       +Eric Schneider,    North Shore Community Bank,    7800 Lincoln Ave,    Skokie IL 60077-3643
18794895       +F. Robert Ness,    1601 W. School St., #403,    Chicago, IL 60657-2174
18874188       +Ford Credit Nat'l Bankruptcy Svc Center,    POBox 6275,    Dearborn MI 48121-6275
18794896       +Gary Vartabedian,    6740 N. Jean Avenue,    Chicago, IL 60646-1303
18794897        Glenda Young,    301 Denard St,    Austin TX 78751
18794898        Goodman Law Offices,    105 W. Madison Street,    Suite 1500,    Chicago, IL 60602-4602
18871375       +Goodman Law Offices LLC,    Adam Goodman,    105 West Madison Street #1500,
                 Chicago IL 60602-4602
18794899       +Harris Bank(succesor to Amcore),    POBox 1537,    Rockford IL 61110-0037
18874193       +Harris bank,    POBox 1537,    Rockford IL 61110-0037
18794900      #+Hauselman, Rappin & Olswang,    39 S. LaSalle St.,    Chicago, IL 60603-1720
18794901        Illinois Department Of Revenue,    Bankruptcy Section,    P.O. Box 64338,
                 Chicago, IL 60664-0338
18794902       +Italo Paredes c/o Sandy Sobenes,    Asst. Attorney General,    100 W. Randolph Street, 13th Floor,
                 Chicago, IL 60601-3397
18794903       +James D. Cherry,    4846 N. Paulina Street #1W,    Chicago, IL 60640-4146
18794904       +Jeff Fuhrman,    8529 Burkhart Road,    Houston, TX 77055-7517
18794905       +Joel Brown - Ripple Tax,    2250 W. Melrose,    Chicago, IL 60618-6316
18794906       +John Emerson & Malika Vilitz,    1909 W. Barry #2,    Chicago, IL 60657-2021
18874191       +Joseph McNerney,    1203 Gilpin Ave,    Wilmington DE 19806-5101
18794907       +Juan Gonzalez,    2952 N. Neenah,    Chicago, IL 60634-4960
18794908       +Karen Bradley,    1503 West Ardmore,    Unit 1,    Chicago, IL 60660-4218
18794909       +Kenneth Lindstrom,    1214 Winners Cup Circle,    Saint Charles, IL 60174-5842
18794910       +Kickin' Company,    2142 W. Roscoe,    Unit D,    Chicago, IL 60618-6286
18794911       +Kluever and Platt, LLC,    David C. Kluever and M. Reas Bowman,    65 E. Wacker Place, Suite 2300,
                 Chicago, IL 60601-7244
18794912       +Konika Minolta,    500 W. Madison St.,    Chicago, IL 60661-4544
18794913       +Larry Goodman,    17 North Loomis,    Unit 4 F,    Chicago, IL 60607-1922
18794916       +Mark Brown Photography,    2144 West Roscoe,    Unit B,    Chicago, IL 60618-7283
18794918       +Matthew Mitchell,    9140 Waukegan Rd.,    Morton Grove, IL 60053-2124
18794919       +Mike Bauernfreund,    159 Greenway Dr.,    Bloomingdale, IL 60108-2026
18794920       +Mike Johnston,    2320 W. Moffat,    Chicago, IL 60647-5305
18794921       +Mike Nelson,    11211 WALTON DRIVE,    Roscoe, IL 61073-8125
18794922       +Nohea Cafe,    2142 West Roscoe,    Unit C,    Chicago, IL 60618-6286
18794923       +North Shore Community Bank,    7800 Lincoln Avenue,    Skokie, IL 60077-3643
18794924       +Northbrook Bank,    1100 Waukegan Road,    Northbrook, IL 60062-4663
18874192       +Northwestern Mutual Life Ins Co,    720 E Wisconsin Ave,    Milwaukee WI 53202-4797
18794925       +Patrick McNerny,    21598 Quail Court,    Kildeer, IL 60047-7206
18794926       +Pierce & Associates, PC,    1 N. Dearborn, # 1300,    Chicago, IL 60602-4373
18794927       +Pure Motion Chiropractic, Inc.,    2144 West Roscoe Ave.,    Unit A,    Chicago, IL 60618-7798
18794928       +Remy, Vitale & Maines,    1100 Jorie Boulevard, Suite 200,    Oak Brook, IL 60523-2242
18794929       +Scott Solberg,    603 Prairie Ave.,    Barrington, IL 60010-4538
18794930       +Stahl Cowen,    55 W. Monroe St., Ste. 1200,    Chicago, IL 60603-5127
18794931       +Tom Marco,    1909 West Barry,    Unit 1,    Chicago, IL 60657-2021
18794932       +Tom Nelson,    1074 Rockrose Court,    Belvidere, IL 61008-7166
18794933        Wells Fargo,    P.O. Box 660930,    Carol Stream, IL 60197-5296
18794934        Wisconsin Department of Revenue,    P.O. Box 930208,    Milwaukee, WI 53293-0208
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
18794891        E-mail/Text: legalcollections@comed.com Oct 10 2014 00:51:24     ComEd,    P.O. Box 6111,
                 Carol Stream, IL 60197-6111
18874195        E-mail/Text: cio.bncmail@irs.gov Oct 10 2014 00:49:34      Department of the Treasury,
                 Internal Revenue Service,    PO Box 7346,    Philadelphia PA 19101-7346
                                                                                              TOTAL: 2
```

```
District/off: 0752-1            User: driddick              Page 2 of 2                  Date Rcvd: Oct 09, 2014
                                Form ID: pdf006             Total Noticed: 59


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Adam Goodman
18794880        2641 N. Ashland, LLC
18794915        Margaret Lindstrom
18794917        Marty Gaughn
18874190*      +Gary Vartabedian,    6740 N Jean Avenue,    Chicago IL 60646-1303
18874194*      +North Shore Community Bank,    7800 Lincoln Avenue,    Skokie IL 60077-3643
18874189     ##+Farm Credit Services of Mid-America,    c/o Diane Osburn,    3107 Comeford Rd-POBOx 1160,
                 Valparaiso IN 46384-1160
18794914     ##+Laura Elliott,    202 Laurel Creek Drive,    Chesterton, IN 46304-9615
                                                                                              TOTALS: 4, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2014                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 7, 2014 at the address(es) listed below:
              Adam B Goodman    on behalf of Creditor    Goodman Law Offices LLC adam@thegoodmanlawoffices.com
              Andrew J Nelson    on behalf of Creditor    JPMorgan Chase Bank National Association
               anelson@atty-pierce.com, northerndistrict@atty-pierce.com
              Annie W Lopez    on behalf of Creditor    Wells Fargo Bank, NA alopez@fal-illinois.com
              Christopher H Purcell    on behalf of Creditor    Ford Motor Credit Company LLC shermlaw13@aol.com
              Christopher M Brown    on behalf of Creditor    JPMorgan Chase Bank National Association
               northerndistrict@atty-pierce.com, cbrown@atty-pierce.com
              E. Philip Groben    on behalf of Debtor Brian Andrew Lindstrom pgroben@cohenandkrol.com,
               trotman@cohenandkrol.com;pmchugh@cohenandkrol.com
              Edmond M Burke    on behalf of Creditor    NORTHBROOK BANK & TRUST eburke@chuhak.com
              Joel P Fonferko    on behalf of Creditor    JPMorgan Chase Bank National Association
               ND-One@il.cslegal.com
              Joseph E Cohen    on behalf of Debtor Brian Andrew Lindstrom jcohen@cohenandkrol.com,
               jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com
              Michael K Desmond    mkd.trustee@fslegal.com, IL23@ecfcbis.com
              Michael K Desmond    on behalf of Trustee Michael K Desmond mdesmond@fslegal.com,
               dorisbay@fslegal.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Timothy R Yueill    on behalf of Creditor    Bayview Loan Servicing, LLC timothyy@nevellaw.com
              William  Cross    on behalf of Trustee Michael K Desmond wcross@fslegal.com
                                                                                              TOTAL: 14
```