Michael K. Desmond
Figliulo & Silverman
10 South La Salle St. 3600
Chicago, IL  60603
(312) 251-5287
      Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: LINDSTROM, BRIAN ANDREW      §    Case No. 12-15874-DAC
                                                               §
                                                                §
Debtor(s)                                                  §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

    Michael K. Desmond, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $3,938,630.39           Assets Exempt: $70,686.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $25,306.29     Claims Discharged
                                                           Without Payment: $536.85

Total Expenses of Administration: $27,500.79

---

    3) Total gross receipts of $ 52,807.08 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $52,807.08 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 27,500.79 | 27,500.79 | 27,500.79 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 25,843.14 | 25,843.14 | 25,306.29 |
| **TOTAL DISBURSEMENTS** | $0.00 | $53,343.93 | $53,343.93 | $52,807.08 |

4) This case was originally filed under Chapter 7 on April 19, 2012. The case was pending for 31 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/12/2014          By: /s/Michael K. Desmond
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Chase (3551) | 1129-000 | 4,181.88 |
| Northwestern Mutual Policy - death benefit $186, | 1229-000 | 8,923.53 |
| John Deangelis (See SOFA #4 RE Pending ARDC Clai | 1129-000 | 2,000.00 |
| 2010 Federal Income Tax Refund | 1124-000 | 2,827.00 |
| 3426 N. Damen Avenue - Overpayment of Property T | 1129-000 | 4,199.78 |
| Cause of Action - Lindstrom v. Sweet Thang, Inc. | 1149-000 | 25,000.00 |
| Overpayment Refund on 2006 Ford Explorer | 1229-000 | 5,674.89 |
| **TOTAL GROSS RECEIPTS** | | **$52,807.08** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Michael K. Desmond | 2100-000 | N/A | 5,890.35 | 5,890.35 | 5,890.35 |
| Figliulo & Silverman, P.C. | 3110-000 | N/A | 11,762.50 | 11,762.50 | 11,762.50 |
| Figliulo & Silverman, P.C. | 3120-000 | N/A | 5.99 | 5.99 | 5.99 |
| Goodman Law Offices LLC | 3210-600 | N/A | 9,553.83 | 9,553.83 | 9,553.83 |
| Rabobank, N.A. | 2600-000 | N/A | 20.23 | 20.23 | 20.23 |
| Rabobank, N.A. | 2600-000 | N/A | 22.83 | 22.83 | 22.83 |
| Rabobank, N.A. | 2600-000 | N/A | 57.08 | 57.08 | 57.08 |
| Rabobank, N.A. | 2600-000 | N/A | 66.20 | 66.20 | 66.20 |
| Rabobank, N.A. | 2600-000 | N/A | 64.03 | 64.03 | 64.03 |
| Rabobank, N.A. | 2600-000 | N/A | 57.75 | 57.75 | 57.75 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $27,500.79 | $27,500.79 | $27,500.79 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Goodman Law Offices LLC | 7100-000 | N/A | 20,612.89 | 20,612.89 | 20,184.69 |
| 2 | American Express Bank, FSB | 7100-000 | N/A | 5,230.25 | 5,230.25 | 5,121.60 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $25,843.14 | $25,843.14 | $25,306.29 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-15874-DAC  
**Case Name:** LINDSTROM, BRIAN ANDREW  

**Trustee:** (330623) Michael K. Desmond  
**Filed (f) or Converted (c):** 04/19/12 (f)  
**§341(a) Meeting Date:** 06/25/12  

**Period Ending:** 12/12/14  

**Claims Bar Date:** 05/28/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  3426 N. Damen, Chicago, Illinois 60618<br>Imported from Amended Doc#: 50 | 725,000.00 | 0.00 | OA | 0.00 | FA |
| 2  3428 N. Damen, Chicago, Illinois<br>Imported from Amended Doc#: 50 | 375,000.00 | 0.00 | OA | 0.00 | FA |
| 3  1909 W. Barry, Chicago, Illinois 60657<br>Imported from Amended Doc#: 50 | 440,000.00 | 0.00 | OA | 0.00 | FA |
| 4  2320 W. Moffat, Chicago, Illinois 60647<br>Imported from Amended Doc#: 50 | 475,000.00 | 0.00 | OA | 0.00 | FA |
| 5  17 N. Loomis, Unit 4F, Chicago, Illinois 60607<br>Imported from Amended Doc#: 50 | 340,000.00 | 0.00 | OA | 0.00 | FA |
| 6  1503 W. Ardmore, Unit 1 W, Chicago, Illinois 606<br>Imported from Amended Doc#: 50 | 290,000.00 | 0.00 | OA | 0.00 | FA |
| 7  Land Trust - 100% - 2142-2144 West Roscoe;, Chic<br>Imported from Amended Doc#: 50 | 1,000,000.00 | 0.00 | OA | 0.00 | FA |
| 8  Cash<br>Imported from Amended Doc#: 50 | 500.00 | 500.00 | OA | 0.00 | FA |
| 9  Chase (0994)<br>Imported from Amended Doc#: 50 | 12,860.51 | 8,985.51 | OA | 0.00 | FA |
| 10  Chase (3551)<br>Imported from Amended Doc#: 50 | 4,181.88 | 4,181.88 |  | 4,181.88 | FA |
| 11  Chase (6991) - Joint Tenant Account w. Margaret<br>Imported from Amended Doc#: 50 | 8,327.09 | 8,202.09 | OA | 0.00 | FA |
| 12  Ameriprise Investment Account<br>Imported from Amended Doc#: 50 | 2,000.00 | 2,000.00 | OA | 0.00 | FA |
| 13  Chase (2780) - Joint Tenant Account w. Margaret<br>Imported from Amended Doc#: 50 | 81.16 | 81.16 | OA | 0.00 | FA |
| 14  Chase (9125)<br>Imported from Amended Doc#: 50 | 50.22 | 50.22 | OA | 0.00 | FA |
| 15  Chase (9133)<br>Imported from Amended Doc#: 50 | 50.23 | 50.23 | OA | 0.00 | FA |
| 16  PayPal<br>Imported from Amended Doc#: 50 | 2,860.60 | 2,860.60 | OA | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-15874-DAC  **Trustee:** (330623) Michael K. Desmond
**Case Name:** LINDSTROM, BRIAN ANDREW  **Filed (f) or Converted (c):** 04/19/12 (f)
  **§341(a) Meeting Date:** 06/25/12
**Period Ending:** 12/12/14  **Claims Bar Date:** 05/28/13

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 17 | People's Energy  Imported from Amended Doc#: 50 | Unknown | 0.00 | OA | 0.00 | FA |
| 18 | Bicycle  Imported from original petition Doc# 13 | 40.00 | 40.00 | OA | 0.00 | FA |
| 19 | Misc. Picture Frames  Imported from original petition Doc# 13 | 150.00 | 150.00 | OA | 0.00 | FA |
| 20 | Rental Furniture  Imported from Amended Doc#: 50 | 5,000.00 | 5,000.00 | OA | 0.00 | FA |
| 21 | Basement Desk  Imported from Amended Doc#: 50 | 40.00 | 40.00 | OA | 0.00 | FA |
| 22 | Bar  Imported from Amended Doc#: 50 | 280.00 | 280.00 | OA | 0.00 | FA |
| 23 | 3 Stools ($10 Each)  Imported from Amended Doc#: 50 | 30.00 | 30.00 | OA | 0.00 | FA |
| 24 | Kitchen Table  Imported from Amended Doc#: 50 | 25.00 | 25.00 | OA | 0.00 | FA |
| 25 | Massage Chair  Imported from Amended Doc#: 50 | 250.00 | 250.00 | OA | 0.00 | FA |
| 26 | Exercise Bike  Imported from Amended Doc#: 50 | 40.00 | 40.00 | OA | 0.00 | FA |
| 27 | Steel Storage Shelves  Imported from Amended Doc#: 50 | 25.00 | 25.00 | OA | 0.00 | FA |
| 28 | Couch, Ottoman and Cushions  Imported from Amended Doc#: 50 | 300.00 | 300.00 | OA | 0.00 | FA |
| 29 | Coffee Table  Imported from Amended Doc#: 50 | 50.00 | 50.00 | OA | 0.00 | FA |
| 30 | TV-LR  Imported from Amended Doc#: 50 | 150.00 | 150.00 | OA | 0.00 | FA |
| 31 | Receiver/Stereo  Imported from Amended Doc#: 50 | 100.00 | 100.00 | OA | 0.00 | FA |
| 32 | TV Stand  Imported from Amended Doc#: 50 | 25.00 | 25.00 | OA | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-15874-DAC  
**Case Name:** LINDSTROM, BRIAN ANDREW

**Period Ending:** 12/12/14

**Trustee:** (330623) Michael K. Desmond  
**Filed (f) or Converted (c):** 04/19/12 (f)  
**§341(a) Meeting Date:** 06/25/12  
**Claims Bar Date:** 05/28/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 33 | TV (Basement)<br>Imported from Amended Doc#: 50 | 75.00 | 75.00 | OA | 0.00 | FA |
| 34 | Rug<br>Imported from Amended Doc#: 50 | 50.00 | 50.00 | OA | 0.00 | FA |
| 35 | 3 Stools ($20 Each)<br>Imported from Amended Doc#: 50 | 60.00 | 60.00 | OA | 0.00 | FA |
| 36 | 2 Stools ($30 Each)<br>Imported from Amended Doc#: 50 | 60.00 | 60.00 | OA | 0.00 | FA |
| 37 | Pots and Pans<br>Imported from Amended Doc#: 50 | 150.00 | 150.00 | OA | 0.00 | FA |
| 38 | Glassware<br>Imported from Amended Doc#: 50 | 40.00 | 40.00 | OA | 0.00 | FA |
| 39 | Cutlery and Utensils<br>Imported from Amended Doc#: 50 | 100.00 | 100.00 | OA | 0.00 | FA |
| 40 | Dishes<br>Imported from Amended Doc#: 50 | 50.00 | 50.00 | OA | 0.00 | FA |
| 41 | Platform Bed & Mattress<br>Imported from Amended Doc#: 50 | 150.00 | 150.00 | OA | 0.00 | FA |
| 42 | Chairs & End Table<br>Imported from Amended Doc#: 50 | 50.00 | 50.00 | OA | 0.00 | FA |
| 43 | Desk<br>Imported from Amended Doc#: 50 | 180.00 | 180.00 | OA | 0.00 | FA |
| 44 | Small File Drawer<br>Imported from Amended Doc#: 50 | 40.00 | 40.00 | OA | 0.00 | FA |
| 45 | Large File Cabinet<br>Imported from Amended Doc#: 50 | 80.00 | 80.00 | OA | 0.00 | FA |
| 46 | Tool Chest<br>Imported from Amended Doc#: 50 | 225.00 | 225.00 | OA | 0.00 | FA |
| 47 | Hand Tools<br>Imported from Amended Doc#: 50 | 50.00 | 50.00 | OA | 0.00 | FA |
| 48 | Power Tools<br>Imported from Amended Doc#: 50 | 150.00 | 150.00 | OA | 0.00 | FA |

Page: 4

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-15874-DAC  
**Case Name:** LINDSTROM, BRIAN ANDREW  

**Trustee:** (330623)   Michael K. Desmond  
**Filed (f) or Converted (c):** 04/19/12 (f)  
**§341(a) Meeting Date:** 06/25/12  

**Period Ending:** 12/12/14  
**Claims Bar Date:** 05/28/13  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Ref. # Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 49  Misc. Garage Furniture  Imported from Amended Doc#: 50 | 150.00 | 150.00 | OA | 0.00 | FA |
| 50  Outdoor Bar & 4 Stools  Imported from Amended Doc#: 50 | 75.00 | 75.00 | OA | 0.00 | FA |
| 51  Metal Outdoor Furniture (End Table & 2 Chairs)  Imported from Amended Doc#: 50 | 35.00 | 35.00 | OA | 0.00 | FA |
| 52  Wood Outdoor Furniture (End Table & 2 Chairs)  Imported from Amended Doc#: 50 | 10.00 | 10.00 | OA | 0.00 | FA |
| 53  Portable Hot Tub (Broken)  Imported from Amended Doc#: 50 | 700.00 | 700.00 | OA | 0.00 | FA |
| 54  Wood Bench  Imported from Amended Doc#: 50 | 15.00 | 15.00 | OA | 0.00 | FA |
| 55  Fire Pit  Imported from Amended Doc#: 50 | 15.00 | 15.00 | OA | 0.00 | FA |
| 56  Platform Bed & Mattress  Imported from Amended Doc#: 50 | 100.00 | 100.00 | OA | 0.00 | FA |
| 57  Pullout Love Seat  Imported from Amended Doc#: 50 | 75.00 | 75.00 | OA | 0.00 | FA |
| 58  Coffee Table  Imported from Amended Doc#: 50 | 100.00 | 100.00 | OA | 0.00 | FA |
| 59  Queen Mattress & Frame  Imported from Amended Doc#: 50 | 100.00 | 100.00 | OA | 0.00 | FA |
| 60  Bedding & Pillows  Imported from Amended Doc#: 50 | 100.00 | 100.00 | OA | 0.00 | FA |
| 61  King Bed Set (w. Frame & 2 Night Stands) and TV  Imported from Amended Doc#: 50 | 700.00 | 700.00 | OA | 0.00 | FA |
| 62  Medium Mirror  Imported from Amended Doc#: 50 | 25.00 | 25.00 | OA | 0.00 | FA |
| 63  Large Mirror  Imported from Amended Doc#: 50 | 250.00 | 250.00 | OA | 0.00 | FA |
| 64  BBQ Pit  Imported from Amended Doc#: 50 | 75.00 | 75.00 | OA | 0.00 | FA |

Page: 5

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-15874-DAC  
**Case Name:** LINDSTROM, BRIAN ANDREW  

**Period Ending:** 12/12/14

**Trustee:** (330623) Michael K. Desmond  
**Filed (f) or Converted (c):** 04/19/12 (f)  
**§341(a) Meeting Date:** 06/25/12  
**Claims Bar Date:** 05/28/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 65 | Old Stove and Refrigerator (Stored in Garage/Bac<br>Imported from Amended Doc#: 50 | 100.00 | 100.00 | OA | 0.00 | FA |
| 66 | CD Collection<br>Imported from original petition Doc# 13 | 100.00 | 100.00 | OA | 0.00 | FA |
| 67 | CD Collection, misc. books, pictures and picture<br>Imported from Amended Doc#: 50 | 250.00 | 250.00 | OA | 0.00 | FA |
| 68 | Clothes<br>Imported from Amended Doc#: 50 | 500.00 | 0.00 | OA | 0.00 | FA |
| 69 | 2 Augustana college football rings, wedding ring<br>Imported from Amended Doc#: 50 | 500.00 | 500.00 | OA | 0.00 | FA |
| 70 | Digital camera, bicycle, golf clubs, guitar, tam<br>Imported from Amended Doc#: 50 | 200.00 | 200.00 | OA | 0.00 | FA |
| 71 | Northwestern Mutual Policy<br>Imported from original petition Doc# 13 | 63,186.00 | 0.00 | | 0.00 | FA |
| 72 | Northwestern Mutual Policy - death benefit $186,<br>Imported from Amended Doc#: 50 | 6,688.90 | 6,688.90 | | 8,923.53 | FA |
| 73 | Ameriprise IRA<br>Imported from Amended Doc#: 50 | 2,000.00 | 0.00 | | 0.00 | FA |
| 74 | GHL Development, LLC - 24% Membership Interest (<br>Imported from Amended Doc#: 50 | Unknown | 0.00 | | 0.00 | FA |
| 75 | 2318 West Moffat, LLC - 50% Interest<br>Imported from Amended Doc#: 50 | Unknown | 0.00 | | 0.00 | FA |
| 76 | Chicago United Properties, LLC - 50% Membership<br>Imported from Amended Doc#: 50 | 0.00 | 0.00 | | 0.00 | FA |
| 77 | 2641 North Ashland, LLC - 33% Membership Interes<br>Imported from Amended Doc#: 50 | 0.00 | 0.00 | | 0.00 | FA |
| 78 | 2320 W. Armitage - 33% Joint Venture Interest<br>Imported from Amended Doc#: 50 | Unknown | 0.00 | | 0.00 | FA |
| 79 | Carlo Palladinetti (Currently in Bankruptcy)<br>Imported from Amended Doc#: 50 | 100,000.00 | 100,000.00 | | 0.00 | FA |
| 80 | Steve Pillarella<br>Imported from Amended Doc#: 50 | 76,000.00 | 76,000.00 | | 0.00 | FA |

Page: 6

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-15874-DAC  
**Case Name:** LINDSTROM, BRIAN ANDREW  

**Period Ending:** 12/12/14

**Trustee:** (330623)   Michael K. Desmond  
**Filed (f) or Converted (c):** 04/19/12 (f)  
**§341(a) Meeting Date:** 06/25/12  
**Claims Bar Date:** 05/28/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 81 | John Deangelis (See SOFA #4 RE Pending ARDC Clai<br>Imported from Amended Doc#: 50 | 10,000.00 | 10,000.00 | | 2,000.00 | FA |
| 82 | Illinois Secretary of State "Cash Dash" Claim.<br>Imported from Amended Doc#: 50 | Unknown | 0.00 | | 0.00 | FA |
| 83 | 2010 Federal Income Tax Refund<br>Imported from Amended Doc#: 50 | 400.00 | 400.00 | | 2,827.00 | FA |
| 84 | 2010 Illinois Tax Refund (An additional $196.42<br>Imported from Amended Doc#: 50 | 1,149.58 | 1,149.58 | | 0.00 | FA |
| 85 | 2011 Federal Tax Refund<br>Imported from Amended Doc#: 50 | Unknown | 0.00 | | 0.00 | FA |
| 86 | 2011 Illinois Tax Refund<br>Imported from Amended Doc#: 50 | Unknown | 0.00 | | 0.00 | FA |
| 87 | 3426 N. Damen Avenue - Overpayment of Property T<br>Imported from Amended Doc#: 50 | Unknown | 0.00 | | 4,199.78 | FA |
| 88 | Potential Counter and/or Third Party Claims rega<br>Imported from Amended Doc#: 50 | Unknown | 0.00 | | 0.00 | FA |
| 89 | Cause of Action - Lindstrom v. Sweet Thang, Inc.<br>Imported from Amended Doc#: 50 | Unknown | 0.00 | | 25,000.00 | FA |
| 90 | Potential claim against Juan Gonzalez relating t<br>Imported from Amended Doc#: 50 | Unknown | 0.00 | | 0.00 | FA |
| 91 | Potential claim against Ed Bauernfreund relating<br>Imported from Amended Doc#: 50 | 0.00 | 0.00 | | 0.00 | FA |
| 92 | Kawasaki ZL1000 Motorcycle - 1987<br>Imported from Amended Doc#: 50 | 1,000.00 | 0.00 | | 0.00 | FA |
| 93 | 2006 Ford Explorer<br>Imported from Amended Doc#: 50 | 7,000.00 | 1,000.00 | | 0.00 | FA |
| 94 | 6 year old Office Equipment & Furniture From Chi<br>Imported from Amended Doc#: 50 | 800.00 | 800.00 | | 0.00 | FA |
| 95 | 4 computers monitors, 6 computer consoles, 2 cop<br>Imported from Amended Doc#: 50 | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 96 | 36% Owner of Cubs Nights & Weekends Package for | 2,575.00 | 2,575.00 | | 0.00 | FA |

Exhibit 8

# Form 1

Page: 7

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-15874-DAC  
**Case Name:** LINDSTROM, BRIAN ANDREW  

**Trustee:** (330623) Michael K. Desmond  
**Filed (f) or Converted (c):** 04/19/12 (f)  
**§341(a) Meeting Date:** 06/25/12  

**Period Ending:** 12/12/14  

**Claims Bar Date:** 05/28/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Imported from Amended Doc#: 50 | | | | | |
| 97   Overpayment Refund on 2006 Ford Explorer (u) | 0.00 | 5,674.89 | | 5,674.89 | FA |
| 97   **Assets  Totals** (Excluding unknown values) | **$3,959,901.17** | **$243,890.06** | | **$52,807.08** | **$0.00** |

**Major Activities Affecting Case Closing:**

TFR Pending

**Initial Projected Date Of Final Report (TFR):**   June 30, 2014    **Current Projected Date Of Final Report (TFR):**   September 30, 2014

Printed: 12/12/2014 02:29 PM    V.13.20

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 12-15874-DAC | | **Trustee:** | Michael K. Desmond (330623) |
|---|---|---|---|---|
| **Case Name:** | LINDSTROM, BRIAN ANDREW | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | ****-******79-66 - Checking Account |
| **Taxpayer ID #:** | **-***8479 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 12/12/14 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 12/12/2014 02:29 PM    V.13.20

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 12-15874-DAC  
**Case Name:** LINDSTROM, BRIAN ANDREW  
**Taxpayer ID #:** **-***8479  
**Period Ending:** 12/12/14  

**Trustee:** Michael K. Desmond (330623)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9266 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/07/13 | {89} | Johannes Kraus/David Crowford | Settlement Proceeds re: David Crawford. | 1149-000 | 25,000.00 | | 25,000.00 |
| 01/14/13 | 10101 | Goodman Law Offices LLC | Legal Fees and Expenses | 3210-600 | | 9,553.83 | 15,446.17 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.23 | 15,425.94 |
| 02/25/13 | | Brian A. Lindstrom | Turnover from Debtor | | 22,132.19 | | 37,558.13 |
| | {72} | | | | 8,923.53 | 1229-000 | 37,558.13 |
| | {10} | | | | 4,181.88 | 1129-000 | 37,558.13 |
| | {87} | | | | 4,199.78 | 1129-000 | 37,558.13 |
| | {83} | | | | 2,827.00 | 1124-000 | 37,558.13 |
| | {81} | | | | 2,000.00 | 1129-000 | 37,558.13 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.83 | 37,535.30 |
| 03/08/13 | {97} | Ford Motor Credit | Refund of over payment. | 1229-000 | 5,674.89 | | 43,210.19 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.08 | 43,153.11 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 66.20 | 43,086.91 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 64.03 | 43,022.88 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.75 | 42,965.13 |
| 11/19/14 | 10102 | Figliulo & Silverman, P.C. | Trustee Fees Order dated 11-5-2014 | 2100-000 | | 5,890.35 | 37,074.78 |
| 11/19/14 | 10103 | Figliulo & Silverman, P.C. | Attorney Fees Per order dated 11-5-2014 | 3110-000 | | 11,762.50 | 25,312.28 |
| 11/19/14 | 10104 | Figliulo & Silverman, P.C. | Expenses Allowed per Order dated 11-5-2014 | 3120-000 | | 5.99 | 25,306.29 |
| 11/19/14 | 10105 | Goodman Law Offices LLC | Final Distribution on Claim No. 1 | 7100-000 | | 20,184.69 | 5,121.60 |
| 11/19/14 | 10106 | American Express Bank, FSB | Final Distribution on Claim No. 2 | 7100-000 | | 5,121.60 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 52,807.08 | 52,807.08 | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 52,807.08 | 52,807.08 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$52,807.08** | **$52,807.08** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****-******79-66 | 0.00 | 0.00 | 0.00 |
| Checking # ******9266 | 52,807.08 | 52,807.08 | 0.00 |
| | **$52,807.08** | **$52,807.08** | **$0.00** |

{} Asset reference(s)

Printed: 12/12/2014 02:29 PM V.13.20